UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IVAN RAD,

              Petitioner,

v.

PAMELA BONDI, *et al.*,

              Respondents.

CASE NO. 2:25-cv-02016-RAJ-GJL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge Grady J. Leupold, objections to the R&R, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court ADOPTS the R&R.

(2)    Petitioner's federal habeas Petition is DISMISSED without prejudice.

(3)    A certificate of appealability is denied in this case.

(4)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondents, and to the Hon. Grady J. Leupold.

**DATED** this 10th day of December, 2025.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge