# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IVAN RAD,

       Petitioner,

v.

PAMELA BONDI, *et al.*,

       Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.  2:25-cv-02016-RAJ-GJL

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved. The Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice. A certificate of appealability is denied.

Dated this 10th day of December, 2025.

                                            Ravi Subramanian
                                            Clerk of the Court

                                            Alejandro Pasaye Hernandez
                                            Deputy Clerk